[No. 9856–0–I.   Division One.   February 22, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. CHARLENE
PEMBERTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04300–1, Frank D. Howard, J., entered
January 20, 1981. *Affirmed* by unpublished opinion per

Callow, J., concurred in by Williams and Corbett, JJ.